ACCEPTED
03-14-00616-CR
4086331
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 10:41:59 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00616-CR

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF
TEXAS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 10:41:59 AM
JEFFREY D. KYLE
Clerk

********

# ALEXIS MARIE IRELAND

APPELLANT

## VS.

# THE STATE OF TEXAS

********

ON APPEAL FROM THE 264th DISTRICT COURT
OF BELL COUNTY, TEXAS
Cause No. 69086

******

# STATE'S MOTION FOR LEAVE
# TO SUPPLEMENT THE RECORD

**HENRY GARZA**
DISTRICT ATTORNEY

**BOB D. ODOM**
ASSISTANT DISTRICT ATTORNEY
P.O. Box 540
Belton, Texas 76513
(254) 933-5215
FAX (254) 933-5704
SBA No.15200000

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, the undersigned Attorney representing the State of Texas in this cause and respectfully moves the Court to grant leave to supplement the record, and in support hereof, would respectfully show the Court as follows:

I.

The Appellant, Alexis Marie Ireland, has filed his Brief alleging, in part, that the trial court abused its discretion in ordering the payment of restitution because the evidence was insufficient to support that order.

II.

Both at the time that the Appellant was placed on deferred adjudication and community supervision and the time that she was subsequently adjudicated guilty and sentenced the trial court received and reviewed, without objection, separate presentence reports. Both reports contain information upon which the trial court based its order imposing payment of restitution. It is impossible to fairly resolve the issue on appeal without access to these reports.

III.

The State has requested that the District Clerk of Bell County, Texas prepare and forward to the court a Supplemental Clerk's Record containing the two presentence reports in this case.

WHEREFORE, premises considered, the State respectfully prays this Court to grant leave to supplement the record in this cause and to order the clerk of this court to file the Supplemental Clerk's Record.

Respectfully Submitted,

**HENRY GARZA**
District Attorney

/s/ *Bob D. Odom*

**BOB D. ODOM**
Assistant District Attorney
P.O. Box 540
Belton, Tx 76513
(254) 933-5215
FAX (254) 933-5704
SBA No. 15200000

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this State's Motion to Supplement the Record was served upon Justin Bradford Smith, counsel for Appellant, by electronic transfer via Email, addressed to him at Justin@templelawoffice.com, on this the 10th day of February, 2015.


/s/ *Bob D. Odom*

**BOB D. ODOM**
Assistant District Attorney